Abel Acosta, Clerk
Court of Criminal Appeals
PO Box 12308
Austin, Tx 78711

RE: Edrick Dunn v. State of Texas
    PDR No. PD-0495-15(?)
    Court of Appeals No. 07-13-00378-CR

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 07 2015

Abel Acosta, Clerk

## MOTION FOR LEAVE TO PROCEED
## ON ONE TYPEWRITTEN PETITION

FILED IN
COURT OF CRIMINAL APPEALS
DEC 11 2015

Abel Acosta, Clerk

NOW COMES, Defendant in the above-entitled and numbered cause;

Motion For Leave to Proceed on One Typewritten Petition, and in support thereof, would show as Follows:

1. Petitioner as enclosed the original of his "Petition For Discretionary Review".

2. Petitioner is a pro se, petitioner.

3. Petitioners residing unit (Eastham Unit, 2665 Prison Road #1, Lovelady, Tx 75851) is currently on Admistrative lock-down. Offender being housed in M-line, row(3) and cell(5). Petitioner does not have use of the Law Library and its materials for usage at the present time. (Subject to Change)

4. Petitioner recieved the courts Mandate on November 13th (?), while on lockdown. Mandate was issued on November 9th, 2015. Petitioner is ordered to meet specified timings set forth by the court.

5. Petitioner is a indigent offender.

Please file the enclosed Petition For Discretionary Review and motion if necessary and bring to attention of the court.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully prays that this Honorable Court grant this Motion For Leave to Proceed on One Typewritten Petition. Thank You, For your assistance.

Respectfully Submitted,

Edrick Dunn

EDRICK DUNN #1896519
Eastham Unit
2665 Prison Road #1
Lovelady, Tx 75851

## CERTIFICATE OF SERVICE

The below signed Defendant (Pro-Se) hereby certifies that a true and correct copy of the above and foregoing document was this date provided to the Court of Criminal Appeals.

Date: November 27TH, 2015

Edrick Dunn
Pro-Se Defendant